```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE F99-0042--CR (TEF)
                                      "USA V GEORGE HUNTER"
                                      DEF 1.1 HUNTER, GEORGE

                      Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable Thomas E. Fenton, U.S. Magistrate Judge
    Magistrate Judge:
              Filed: 09/17/99
             Closed: 12/23/99
 No. of Defendants: 1
     MJ Case Number:
                AKA:
    Location status: Released on Own Recognizance
         Trial date:
         Terminated: YES
 Needs interpreter: NO
 Counsel of record: Frederic E. Brown
                    POB 71718
                    Fairbanks, AK 99707-1718
                    907-452-3452
                    Serve: YES
                     Type: Retained
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Sylvia Beaver
                   Special Assistant U.S. Attorney
                   101 12th Avenue, Room 310
                   POB 2
                   Fairbanks, AK 99701
                   907-353-6554
                   FAX 907-353-6501
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 HUNTER, GEORGE
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 INF | 1 | 18:13-7210 TRAFFIC OFFENSES, DRUNKEN DRIVING (M) | Pending (18-1) |
| 5 -   1 | 1-S | 18:13-7210 TRAFFIC OFFENSES, DRUNKEN DRIVING (M) | Pending (18-1) |
| 16 -   1 | 1-SS | 18:13-7220 RECKLESS DRIVING (M) | Sentenced (18-1) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE F99-0042--CR (TEF)
                                     "USA V GEORGE HUNTER"

                                       For all filing dates
```

  Presiding Judge:  The Honorable Thomas E. Fenton, U.S. Magistrate Judge
  Magistrate Judge:
             Filed: 09/17/99
            Closed: 12/23/99
No. of Defendants: 1


 Document #   Filed      Docket text
 ──────────   ─────      ───────────
      1 -  1  09/17/99   [Re: DEF 1] PLF 1 Information.

   NOTE -  1  09/27/99   Issued: Summons for 10/29/99 at 2:00 PM.  Original and service copy to
                         USM.

      2 -  1  09/27/99   [Re: DEF 1] TEF Minute Order setting arr for 10/29/99 at 2:00 PM. cc:
                         cnsl/PO/USM

      3 -  1  09/29/99   Return of service of summons executed on def 09/29/99 by USM. cc:USA/PO

      4 -  1  10/13/99   DEF 1 Attorney Appearance by Fred Brown.

      5 -  1  10/26/99   [Re: DEF 1] PLF 1 Superseding Information.

      6 -  1  11/02/99   [Re: DEF 1] TEF Court Minutes [ECR: Pam Wertz] from arr held 10-29-99:
                         Not guilty plea, Pretrial conference 12/03/99. cc:USA/Brown/PO/USM

      7 -  1  11/02/99   DEF 1 Consent to Proceed Before Magistrate Judge.

      8 -  1  11/02/99   Order setting conditions of release, OR. cc:cnsl/PO/USM

      9 -  1  11/02/99   [Re: DEF 1] TEF Order regarding preparation for trial: Pretrial motions
                         due 11/18/99 and disc conf 11/08/99. cc:cnsl/PO/USMS

     10 -  1  11/08/99   DEF 1 Unopposed Motion for amended order regarding preparation for
                         trial, extending pretrial deadlines for 2 weeks.

     11 -  1  11/15/99   [Re: DEF 1] TEF Minute Order granting unopposed motion to extend
                         deadlines as follows: Notice of discovery confernece and pretiral
                         motions will now be due 12/02/99. Pretrial Conference set for 12/03/99
                         will remain as set. cc:cnsl/PO/USM

     12 -  1  12/02/99   DEF 1 Unopposed Motion for additional time for filing of pretrial
                         motions w memorandum in support.

     13 -  1  12/10/99   [Re: DEF 1] TEF Court Minutes [ECR: Pam Wertz] from Pretrial Conference
                         held 12/02/99: Motion to extend motion deadline granted.  Pretrial
                         motions now due 12/10/99.  Final Pretrial Conference set for 12/17/99 at
                         2:00 PM. cc:cnsl/PO/USM

     14 -  1  12/13/99   [Re: DEF 1] PLF 1 Notice of doscovery conference held 12/01/99.

     15 -  1  12/17/99   PLF 1; DEF 1 Plea Agreement.

     16 -  1  12/17/99   [Re: DEF 1] PLF 1 Superseding Information: Reckless Driving.

     17 -  1  12/23/99   [Re: DEF 1] TEF Court Minutes [ECR: Pam Wertz] fromCOP/IOS held
                         12/17/99: Plea to Reckless Driving accepted, 250.00 fine & 25.00 S/A due
                         01/17/00. cc:cnsl/PO/USM

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE F99-0042--CR (TEF)
                              "USA V GEORGE HUNTER"

                                 For all filing dates
```

```
Document #   Filed       Docket text

   18 -  1   12/23/99    [Re: DEF 1] TEF Judgment dismissed or Other count(s) 1 of the
                         Information (1-1); dismissed or Other count(s) 1S of document (5-1);
                         pleaded guilty to count(s) 1SS of document (16-1). 12 mo probation,
                         250.00 fine/25.00 S/A. cc:cnsl/PO/USM/Brown

   19 -  1   01/04/01    [Re: DEF 1] TEF Order and report re: terminating probation.
                         cc:USA,USM,FPD,F. Brown
```